Decided June 15, 2010

### IN RE SAMANTHA S.

The petition by the respondent father for certification for appeal from the Appellate Court, 120 Conn. App. 755 (AC 30197), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the record in the present case was not adequate for review?"

NORCOTT, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18628.

*David B. Rozwaski*, in support of the petition.

*Tammy Nguyen-O'Dowd*, assistant attorney general, in opposition.

Decided June 15, 2010